WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Miguel Hernandez-Ramirez,<br><br>          Defendant. | NO. 06-0264M<br><br>O R D E R |

On July 27, 2006, defendant filed a motion to extend the time to indict. (Doc. 9). In the motion, defendant sets forth his desire to give the Government an additional 30 days to present the case to the grand jury. He states that he wishes to grant the Government this additional time because he is considering a pre-indictment plea offer. The motion states the Government does not oppose the motion. However, the Government has not filed any joinder in the motion which would set forth the public's interest in the granting of this motion.

United States of America v. Alejandro Ramirez-Cortez, 213 F.3d 1149 (9th Cir. 2000) makes it clear that the "ends of justice" continuance under the Speedy Trial Act must benefit the public's interest as well as the defendant. This Court cannot make sufficient findings and consider all factors required by the Speedy Trial Act based upon the motion that has been filed. Therefore, the motion must be denied.

1   **IT IS THEREFORE ORDERED** denying defendant's motion to extend
2   time to indict.  (Doc. 9).
3   DATED this 28th day of July, 2006.

_____
Virginia A. Mathis
United States Magistrate Judge

2